UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 2:21-CR-00008 |
| [1] THOMAS K. WEIR | ) | |
| | ) | JUDGE TRAUGER |
| [2] CHARLES R. OAKLEY | ) | |
| | ) | |
| [3] WILLIAM L. DONALDSON | ) | |
| | ) | |
| [4] PAMELA SPIVEY | ) | |

## UNITED STATES' EXHIBIT LIST

The United States, by and through Assistant United States Attorneys Sarah K. Bogni and Nani M. Gilkerson, hereby submits the following Exhibit List for the jury trial in the above-referenced case, set for November 28, 2023. Electronic copies of the proposed exhibits have been provided to defendants contemporaneously with this filing. To date, the United States has not received reciprocal discovery from defendants, nor can it fully anticipate the defenses to be presented at trial. As such, the United States requests leave to amend and supplement the following exhibit list should other exhibits be deemed necessary in advance of trial, or should certain evidence become relevant during the course of trial.

| EXHIBIT NUMBER | DESCRIPTION | BATES NUMBER |
|---|---|---|
| 1 | 911 call - audio file (DISC) | USAO-JP-001329 |
| 2 | CAD reports (ID ONLY) | USAO-JP-003051 |
| 3 | Bodycam footage: 4/19/2016 (file: tom weir 4-19-16.mov) (DISC) | US-000350 |
| 4 | Bodycam footage: 6/22/2016 (file: 20160622_0002 Dal Hollow Pharmacy.mov] (DISC) | US-000350 |
| 5 | Bodycam footage: 6/22/2016 (file: 20160622_0003 Tom Weir.mov] (DISC) | US-000350 |
| 6 | Bodycam footage: 11/18/2016 (file: 20161118_0011 Bill Donaldson.mov] (DISC) | US-000350 |
| 7 | Bodycam footage: 11/18/2016 (file: 19700612_0171 Bill Donaldson.mov] (DISC) | US-000350 |
| 8 | Bodycam footage: 11/18/2016 (file: 20161118_0012 Bill Donaldson.mov] (DISC) | US-000350 |
| 9 | Bodycam footage: 11/18/2016 (file: 20161118_0013 Bill Donaldson.mov] (DSIC) | US-000350 |
| 10 | Bodycam footage: 11/18/2016 (file: 20161118_0014 Bill Donaldson.mov] (DISC) | US-000350 |
| 11 | Aerial TBI photos | US-003143-3152 |
| 12 | Photo - Dale Hollow Pharmacy outside | US-003153 |
| 13 | Photo - Dale Hollow Pharmacy drive thru | US-003154 |
| 14 | Photo - Dale Hollow Pharmacy handwritten notes posted on wall | DOJ-DH-043548 |
| 15 | Photo - Dale Hollow Pharmacy behind counter | DOJ-DH-043552 |
| 16 | Photo - Dale Hollow Pharmacy behind counter | DOJ-DH-043553 |
| 17 | Photo - Dale Hollow Pharmacy counter | DOJ-DH-043554 |
| 18 | Photo - Dale Hollow Pharmacy medication shelves/drive thru | DOJ-DH-043555 |
| 19 | Photo - Dale Hollow Pharmacy behind counter | DOJ-DH-043556 |
| 20 | Photo - Xpress Pharmacy outside | USAO-JP-003054 |
| 21 | Photo - Xpress Pharmacy outside | USAO-JP-003058 |
| 22 | Photo - Xpress Pharmacy outside sign | USAO-JP-003061 |
| 23 | Photo - Xpress Pharmacy outside building side | USAO-JP-003063 |
| 24 | Photo - Xpress Pharmacy drive thru window | USAO-JP-003074 |
| 25 | Photo - Xpress Pharmacy drop off/pick up sign | USAO-JP-003085 |
| 26 | Photo - Xpress Pharmacy | USAO-JP-003086 |
| 27 | Photo - Xpress Pharmacy inside facing outside window | USAO-JP-003096 |
| 28 | Photo - Xpress Pharmacy medication shelves | USAO-JP-003100 |
| 29 | Photo - Xpress Pharmacy medication shelves | USAO-JP-003106 |
| 30 | Photo - Xpress Pharmacy medication shelves and safes | USAO-JP-003108 |
| 31 | Photo - Xpress Pharmacy safes | USAO-JP-003122 |
| 32 | Photo - Xpress Pharmacy inside safe | USAO-JP-003125 |
| 33 | Photo - Xpress Pharmacy sink area | USAO-JP-003142 |
| 34 | Photo - Xpress Pharmacy desk area | USAO-JP-003149 |
| 35 | Photo - Xpress Pharmacy fax machine/telephone | USAO-JP-003153 |
| 36 | Photo - Xpress Pharmacy file holders | USAO-JP-003154 |
| 37 | Photo - Xpress Pharmacy file holder | USAO-JP-003161 |
| 38 | Photo - Xpress Pharmacy store area | USAO-JP-003213 |

| 39 | Photo - Xpress Pharmacy desk area | USAO-JP-003217 |
|----|-----------------------------------|----------------|
| 40 | Photo - Xpress Pharmacy store area | USAO-JP-003221 |
| 41 | Photo - Xpress Pharmacy computer monitor with TN CSMD on screen | USAO-JP-003259 |
| 42 | Photo - Xpress Pharmacy wall signs re doctor shopping and TennCare fraud | USAO-JP-003599 |
| 43 | Photo - Xpress Pharmacy Certificate of Completion (Pamela Spivey) | USAO-JP-003602 |
| 44 | Photo - Xpress Pharmacy State of TN Home Medical Equipment License | USAO-JP-003605 |
| 45 | Photo - Xpress Pharmacy TN BOP Pharmacy License | USAO-JP-003612 |
| 46 | Photo - Xpress Pharmacy DEA Controlled Substance Registration Certificate | USAO-JP-003616 |
| 47 | Photo - Pharmacy Technician Certification Board CPhT certificate (Pamela Spivey) | USAO-JP-003619 |
| 48 | Photo - Xpress store area/recliner chairs | USAO-JP-003626 |
| 49 | Participating Pharmacy Agreement - Magellan and Dale Hollow Pharmacy 5/21/2013 | USAO-JP-002101 |
| 50 | TennCare Participating Pharmacy Application - Magellan and Dale Hollow Pharmacy 6/24/2016 | USAO-JP-002102 |
| 51 | Pharmacy Network Provider Agreement - Magellan and Dale Hollow Pharmacy 12/12/2018 | USAO-JP-002104 |
| 52 | Participating Pharmacy Agreement - Magellan and Xpress Pharmacy 4/5/2013 | USAO-JP-002412 |
| 53 | TennCare Participating Pharmacy Application - Magellan and Xpress Pharmacy 5/11/2016 | USAO-JP-002413 |
| 54 | Record certification - Magellan | US-003141 |
| 55 | Pharmacy Network Provider Agreement - Magellan and Xpress Pharmacy 12/12/2018 | CCX_00027329 |
| 56 | PharmacyRx Application Service Provider Agreement - McKesson and Dale Hollow Pharmacy 3/25/2015 | USAO-JP-001909 |
| 57 | Record certification | US-002849 |
| 58 | Caremark Provider Agreement - CVS and Xpress Pharmacy 6/21/2011 | US-000001 |
| 59 | Caremark Provider Agreement - CVS and Dale Hollow Pharmacy 9/24/2012 | US-000005 |
| 60 | Record certification - CVS | US-002846 |
| 61 | Pharmacy Provider Agreement - Express Scripts and Dale Hollow Pharmacy 12/21/2007 | US-002758 |
| 62 | Amended and Restated PSAO Services Agreement - Express Scripts and Strategic Health Alliance II, dba Accesshealth 11/26/2013 | US-002777 |
| 63 | Record certification - Express Scripts | US-002816 |
| 64 | Pharmacy Provider Agreement - Express Scripts and Dale Hollow Pharmacy 1/24/2014 | US-000127 |
| 65 | Pharmacy Provider Agreement - Express Scripts and Xpress Pharmacy 6/2/2014 | US-000147 |
| 66 | Amended and Restated PSAO Services Agreement - Express Scripts and Amerisource Bergen 11/1/2013 | US-000036 |
| 67 | Amended and Restated PSAO Services Agreement - Express Scripts and American Associated Druggists, Inc dba United Drugs 10/4/2013 | US-000082 |
| 68 | Amended and Restated PSAO Services Agreement - Express Scripts and American Pharmacy Network Solutions, LLC 7/12/2013 | US-000104 |
| 69 | Business record affidavit - Express Scripts | US-002847 |
| 70 | Pharmacy Provider Agreement and Amendments- Humana and Xpress Pharmacy 6/28/2011 | US-000178 |
| 71 | Pharmacy Provider Agreement and Amendments- Humana and Dale Hollow Pharmacy 6/14/2011 | US-000261 |

| 72 | Record certification - Humana | US-002848 |
|---|---|---|
| 73 | Medicare Part D Pharmacy Network Agreement - Aetna and Xpress Pharmacy 11/24/2015 | Clay-AIW-0000389713 |
| 74 | Dale Hollow Pharmacy and American Pharmacy Network Solutions 2/22/2016 | DOJ-DH-00044311 |
| 75-76 | INTENTIONALLY LEFT BLANK | |
| 77 | TN Department of Health letter verification of Xpress Pharmacy 6/22/2018 | CCX_00027315 |
| 78 | Dale Hollow Pharmacy - controlled substances registration | USAO-JP-002102.25 |
| 79 | Xpress Pharmacy - controlled substances registration | USAO-JP-002413.11 |
| 80 | DEA certified registration - Dale Hollow Pharmacy | USAO-JP-005193 |
| 81 | DEA certified registration – Xpress Pharmacy | USAO-JP-005191 |
| 82 | Certified copy of Oakley Pharmacy, Inc. records | USAO-JP-005154 |
| 83 | Certified copy of Xpress Pharmacy records | USAO-JP-005155 |
| 84 | Certified copy of Donaldson Pharmacy records | US-003248 |
| 85 | Oakley Pharmacy - wage reports and certification | US-003643 |
| 86 | Xpress Pharmacy - wage reports and certification | US-003657 |
| 87 | Warranty Deed - 43 Weir Lane, Celina, TN 38551 (4/8/2014) | USAO-JP-005188 |
| 88 | Warranty Deed - 49 Weir Ln, Celina, TN 38551 (11/30/2017) | USAO-JP-005189 |
| 89 | State of TN Real Estate Assessment Data 145 Donaldson Avenue 3/26/2019 | USAO-JP-005190 |
| 90 | 2015 Kia Soul purchase records | USAO-JP-005161 |
| 91 | Record certification - Hyundai | US-003639 |
| 92 | 2015 Kia Soul registration records with certification | USAO-JP-005162 |
| 93 | Notice of Inspection of Controlled Premises - Dale Hollow Pharmacy (10/14/2016) | USAO-JP-002108.087 |
| 94 | DEA-12 Receipt for Cash or Other Items - CFR documents (Dale Hollow Pharmacy 10/14/2016) | USAO-JP-002108.088 |
| 95 | Emails between Samantha Rogers and Tom Weir regarding MOA (10/25, 10/26, 11/15/2016) | USAO-JP-002108.093 |
| 96 | Email to Weir and Oakley from Samantha Rogers regarding MOA (11/29/2016) | USAO-JP-002108.094 |
| 97 | Email to Weir and Oakley from Samantha Rogers regarding MOA (1/17/2017) | USAO-JP-002108.095 |
| 98 | Email to Weir from Samantha Rogers regarding MOA (1/24/2017) | USAO-JP-002108.096 |
| 99 | Email to Weir from Samantha Rogers regarding MOA (2/21/2017) | USAO-JP-002108.097 |
| 100 | Email to Weir and Oakley from Samantha Rogers regarding MOA (3/2/2017) | USAO-JP-002108.098 |
| 101 | DEA-12 Receipt for Cash or Other Items - CFR documents (Xpress Pharmacy 8/29/2018) | US-003194 |
| 102 | Memorandum of Agreement - Dale Hollow Pharmacy 3/10/2017 | USAO-JP-001232 |
| 103 | Amerisource Bergen - Email regarding Griffith response and attached policies and procedures document (10/18/2016) | USAO-JP-001338.32 |
| 104 | Amerisource Bergen - Email from Griffith to CSRA Customer Inquiry (1/31/2017) | USAO-JP-001345 |
| 105 | Amerisource Bergen - Email from CSRA Customer Inquiry to Tom Weir re Xpress Pharmacy (1/31/2017) | USAO-JP-001349 |
| 106 | Amerisource Bergen - Retail Pharmacy Questionnaire - Oakley Pharmacy | USAO-JP-002741.10 |
| 107 | Amerisource Bergen - Retail Pharmacy Questionnaire - Xpress Pharmacy | USAP-JP-001335.02 |
| 108 | Contract For Monitoring Services (Affiliated Monitors, Inc. and Dale Hollow Pharmacy 2/15/2016) | USAO-JP-002617 |
| 109 | Affiliated Monitors, Inc, - First Monitoring Report | USAO-JP-002583 |

| 110 | Affiliated Monitors, Inc, - Second Monitoring Report | USAO-JP-002605 |
|-----|------------------------------------------------------|----------------|
| 111 | Affiliated Monitors, Inc, - Third Monitoring Report | USAO-JP-002615 |
| 112 | Affiliated Monitors, Inc, - Fourth Monitoring Report | USAO-JP-002625 |
| 113 | Affiliated Monitors, Inc, - Fifth Monitoring Report | USAO-JP-002631 |
| 114 | Affiliated Monitors, Inc, - Sixth Monitoring Report | USAO-JP-002635 |
| 115 | Affiliated Monitors, Inc, - Seventh Monitoring Report | USAO-JP-002624 |
| 116 | Affiliated Monitors, Inc, - Eight Monitoring Report | USAO-JP-002639 |
| 117 | Affiliated Monitors, Inc, - Ninth Monitoring Report | USAO-JP-002591 |
| 118 | Affiliated Monitors, Inc, - Tenth Monitoring Report | USAO-JP-002590 |
| 119 | TN Board of Pharmacy Board Meeting 1/27-28/2015 | USAO-JP-002628 |
| 120 | Dale Hollow Pharmacy report 9/2/2016 | USAO-JP-002626.02 |
| 121 | Dale Hollow Pharmacy report 12/14/2016 | USAO-JP-003898; USAO-JP-003961 |
| 122 | Dale Hollow Pharmacy report 6/28/2017 | USAO-JP-002632.02 |
| 123 | Dale Hollow Pharmacy report 10/4/2017 | USAO-JP-002634.02 |
| 124 | Dale Hollow Pharmacy report 8/31/2018 | USAO-JP-002588.03 |
| 125 | Dale Hollow Pharmacy report 10/31/2018 | USAO-JP-002592.02 |
| 126 | Dale Hollow Healthmart report 1/24/2018 | USAO-JP-002637.03 |
| 127 | Dale Hollow Healthmart report 4/25/2018 | USAO-JP-002641.03 |
| 128 | Dale Hollow Pharmacy Plan of Action 11/7/2016 | USAO-JP-003950 |
| 129 | Email from Weir to Steve Nemmers re Consent Order (2/10/2016) | USAO-JP-003812 |
| 130 | Email from Steve Nemmers to Weir re monitoring (2/22/2016) | USAO-JP-003826 |
| 131 | Email from Wendy Anderson to Weir re date for monitoring visit (4/5/2016) | USAO-JP-003839 |
| 132 | Email from Pam Spivey to Wendy Anderson re date for monitoring visit (4/5/2016) | USAO-JP-003840 |
| 133 | Email from Cathy Cordy to Weir re quarterly report (7/12/2016) | USAO-JP-003849 |
| 134 | Emails between Tommy Malone and Cathy Cordy re Dale Hollow Pharmacy (8/19/2016; 8/29/2016; 9/5/2016) | USAO-JP-003868 |
| 135 | Emails between Cathy Cordy and Reginald Dilliard re Dale Hollow Pharmacy monitoring (9/19/2016) | USAO-JP-003876 |
| 136 | Emails between Cathy Cordy and Tommy Malone re Dale Hollow Pharmacy (9/20/2016 and 9/21/2016) | USAO-JP-003877 |
| 137 | Emails between Cathy Cordy and Reginald Dilliard and Tommy Malone re Dale Hollow Pharmacy monitoring (10/31/2016; 12/6/2016) | USAO-JP-003894 |
| 138 | Emails between Tommy Malone and Cathy Cordy re Dale Hollow Pharmacy (12/28/2016; 1/1/2017; 1/2/2017) | USAO-JP-002645 |
| 139 | Email from Cathy Cordy to Oakley re Quarterly Report (2/15/2017) | USAO-JP-002689 |
| 140 | Email from Tommy Malone to Cathy Cordy re 4/14/2017 report [attached] (4/16/2017) | USAO-JP-003771 |
| 141 | Email from Cathy Cordy to Oakley re Fourth Quarterly Report (5/5/2017) | USAO-JP-002647 |
| 142 | Email from Tommy Malone to Cathy Cordy re quarterly report (2/23/2018) | USAO-JP-003778 |
| 143 | Email from Cathy Cordy to Weir and Polston re Seventh Quarterly Report (2/26/2018) | USAO-JP-002666 |
| 144 | Email from Tommy Malone to Cathy Cordy re Dale Hollow Pharmacy draft report (5/16/2018) | USAO-JP-004038 |
| 145 | Emails between Tommy Malone and Cathy Cordy re Dale Hollow Pharmacy (8/22/2018 and 8/24/2018) | USAO-JP-002695 |
| 146 | Record certification - Affiliated Monitors, Inc. | USAO-JP-002738 |
| 147 | TN Board of Pharmacy Consent Order - Oakley Pharmacy 7/31/2014 | Xpress-000025.04 |

| 148 | TN Board of Pharmacy Agreed Order - Oakley Pharmacy 1/19/2016 | Xpress-000031.149 |
|---|---|---|
| 149 | TN Board of Pharmacy Consent Order - William Donaldson/Donaldson Pharmacy 6/20/2008 | Xpress-000034.63 |
| 150 | TN Board of Pharmacy Consent Order - William Donaldson 5/18/2011 | Xpress-000034.73 |
| 151 | TN Board of Pharmacy Consent Order - Michael Griffith 11/27/2011 | Xpress-000026.69 |
| 152 | TN Board of Pharmacy Consent Order for Reinstatement - Michael Griffith 4/11/2012 | USAO-JP-001348 |
| 153 | TN Board of Pharmacy Consent Order - John Polston 7/30/2015 | Xpress-000026.53 |
| 154 | TN Board of Pharmacy Consent Order - Brian Cole 7/30/2015 | |
| 155 | TN Board of Pharmacy Consent Order - Larry Larkin 2/3/2004 | |
| 156 | TN Board of Pharmacy Consent Order for Reinstatement - Larry Larkin 8/18/2006 | |
| 157 | TN Board of Pharmacy Consent Order - Larry Larkin 12/6/2008 | |
| 158 | TN Board of Pharmacy 2014001401 - Allegations Report - Complainant Pamela Spivey 7/9/2014 | Xpress-000026.11 |
| 159 | TN Board of Pharmacy 2014001401 - Letter of Warning to John Polston 4/2/2015 | Xpress-000026.32 |
| 160 | TN Board of Pharmacy Letter to Oakley Pharmacy re notice of facts/conduct 4/6/2015 | Xpress-000026.43 |
| 161 | INTENTIONALLY LEFT BLANK | |
| 162 | Affidavit of Bobby Oakley 7/16/2014 | Xpress-000031.030 |
| 163 | TN Board of Pharmacy Letter to Tom Weir from Stefan Cange re consent order correction 1/15/2016 | Xpress-000031.144 |
| 164 | INTENTIONALLY LEFT BLANK | |
| 165 | TN Board of Pharmacy Regulatory Letter to William Donaldson re dispensing 3/29/1993 | Xpress-000034.51 |
| 166 | TN Board of Pharmacy Notice of Hearing and Charges - Oakley Pharmacy, Inc. 10/14/2014 | Xpress-00031.079-086 |
| 167 | TN Board of Pharmacy Notice of Service - Oakley Pharmacy, Inc. 10/26/2015 | Xpress-000031.073-075 |
| 168-174 | INTENTIONALLY LEFT BLANK | |
| 175 | Scanned folder from Michael Griffith | CCX-00000004 |
| 176 | Original RX30 hard drive (physical exhibit/ID ONLY) | Xpress-028477 |
| 177 | RX30 – K.C. patient pharmacy profile | Xpress-000360-361 |
| 178 | RX30 – P.P. patient pharmacy profile | Xpress-000405-406 |
| 179 | McKesson – J.B. patient pharmacy profile | USAO-JP-005231.14 |
| 180 | McKesson – J.H.S. patient pharmacy profile | USAO-JP-005231.13 |
| 181 | McKesson – B.S. patient pharmacy profile | USAO-JP-005231.05 |
| 182 | McKesson – R.T. patient pharmacy profile | USAO-JP-005231.24 |
| 183 | McKesson – J.T. patient pharmacy profile | USAO-JP-005231.12 |
| 184 | McKesson – J.A. patient pharmacy profile | USAO-JP-005231.11 |
| 185 | McKesson – J.L. patient pharmacy profile | USAO-JP-005231.17 |
| 186 | McKesson – K.H. patient pharmacy profile | USAO-JP-005231.19 |
| 187 | Certificate of Records Custodian - McKesson | US-003142 |
| 188 | CGS - EFT Authorization Agreement - Oakley Pharmacy 9/27/2017 | US-000351 |
| 189 | CGS - EFT Authorization Agreement - Xpress Pharmacy 11/24/2011 | US-000358 |
| 190 | Affidavit - CGS Administrators, LLC | US-000366 |
| 191 | NGS - EDI Enrollment Agreement - Xpress Pharmacy 2/27/2012 | US-000367 |
| 192 | NGS - CEDI Supplier Authorization Form - Oakley Pharmacy 1/9/2018 | US-000383 |

| 193 | Certification of Domestic Records - National Government Services | |
|---|---|---|
| 194 | NPEAST - COI ADR (file named 12.1.2015 but not signed) - Xpress Pharmacy | US-000696 |
| 195 | NPEAST - COI ADR CMS-855S Medicare Enrollment Application Xpress Pharmacy 1/6/2016 | US-000724 |
| 196 | NPEAST - COI ADR CMS-855S Medicare Enrollment Application Xpress Pharmacy 8/4/2016 | US-000847 |
| 197 | NPEAST - CMS Certification Statement for DMEPOS Supplier Xpress Pharmacy 1/9/2017 | US-000879 |
| 198 | NPEAST - Licenses | US-000894 |
| 199 | NPEAST - COI ADR CMS-855S Medicare Enrollment Application Xpress Pharmacy 3/20/2017 | US-000933 |
| 200 | NPEAST - COI ADR Enrollment Application Xpress Pharmacy 8/9/2017 | US-000935 |
| 201 | NPEAST - Medicare Participating Physician or Supplier Agreement Xpress Pharmacy | US-000942 |
| 202 | NPEAST - COI ADR Enrollment Application Xpress Pharmacy 1/9/2017 | US-000998 |
| 203 | NPEAST - Certification Statement from application 11/24/2011 | US-001081 |
| 204 | NPEAST - Certification Statement from application 12/15/2011 | US-001027 |
| 205 | NPEAST - CMS-855S Medicare Enrollment Application Oakley Pharmacy 4/17/2017 | US-001139 |
| 206 | NPEAST - Letter to Oakley Pharmacy re Medicare application 9/25/2017 | US-001263 |
| 207 | NPEAST - Reply to Letter to Oakley Pharmacy re Medicare application 9/27/2017 | US-001271 |
| 208 | Business Record Affidavit - Novitas Solutions | US-001328 |
| 209 | PGBA - EFT Authorization Agreement - Oakley Pharmacy 6/8/2011 | US-001482 |
| 210 | PGBA - CMS-855B Medicare Enrollment Application - Oakley Pharmacy 8/8/2011 w/certification | US-003227; US-003638 |
| 211 | PGBA - CMS-855B Medicare Enrollment Application - Oakley Pharmacy 4/1/2015 | US-001430 |
| 212 | PGBA - Letter to Oakley Pharmacy re Medicare application 8/25/2015 | US-001471 |
| 213 | Business Record Affidavit - Palmetto GBA (DH) | US-001487 |
| 214 | Business Record Affidavit - Palmetto GBA (DH) | US-001489 |
| 215 | Business Record Affidavit - Palmetto GBA (EFT - DH) | US-001490 |
| 216 | Declaration of Carl Gainor 2/5/2019 | USAO-JP-001885 |
| 217 | Addendum to Declaration of Carl Gainor 3/30/2023 | |
| 218 | Pharmacist Review on Oakley Pharmacy Inc. 2/28/2019 | USAO-JP-005165 |
| 219 | Pharmacist Review on Xpress Pharmacy 2/28/2019 | USAO-JP-005172 |
| 220 | Overview of Dale Hollow Pharmacy, Xpress Pharmacy, and Anderson Pharmacy 2/28/2019 | USAO-JP-005166 |
| 221 | FDA Drug Safety Communications re warning about risks and death with combos 8/31/2016 (demonstrative exhibit) | |
| 222 | T.C.A. § 53-1-101 - Administration short title | |
| 223 | T.C.A. § 53-10-110 - Professional judgment of pharmacists' prevention of drug abuse; penalty | |
| 224 | T.C.A. § 53-11-303 - Factors considered scope | |
| 225 | T.C.A. § 53-11-308 - Prescriptions 10/1/2013-6/30/2018 | |
| 226 | T.C.A. § 53-11-308 - Prescriptions 7/1/2018-12/31/2018 | |
| 227 | T.C.A. § 53-11-311 - Buprenorphine; prescription requirements; exceptions 7/1/2015-4/11/2018 | |
| 228 | T.C.A. § 53-11-311 - Buprenorphine; prescription requirements; exceptions 4/12/2018-6/30/2018 | |

| | |
|---|---|
| 229 | T.C.A. § 53-11-311 - Buprenorphine; prescription requirements; exceptions 7/1/2018-6/30/2020 |
| 230 | T.C.A. § 53-11-401 - Offenses; fines and penalties |
| 231 | T.C.A. § 63-10-201 - Short title |
| 232 | T.C.A. § 63-10-203 - Purpose |
| 233 | T.C.A. § 63-10-204 - Definitions 4.2015-5.2015 |
| 234 | T.C.A. § 63-10-204 - Definitions 5.2015-6.2016 |
| 235 | T.C.A. § 63-10-204 - Definitions 7.2016-6.2017 |
| 236 | T.C.A. § 63-10-204 - Definitions 7.2017-6.2018 |
| 237 | T.C.A. § 63-10-204 - Definitions 7.2018-4.2022 |
| 238 | T.C.A. § 71-5-144 - Medically necessary items and services |
| 239 | Tenn. Comp. R. & Regs. 1140-01-.01 - Definitions |
| 240 | Tenn. Comp. R. & Regs. 1140-02-.01 - Pharmacists and pharmacy interns |
| 241 | Tenn. Comp. R. & Regs. 1140-03-.01 - Responsibilities for pharmaceutical care |
| 242 | Tenn. Comp. R. & Regs. 1140-03-.03 - Medical and prescription orders |
| 243 | Tenn. Comp. R. & Regs. 1140-03-.14 - Pharmacists in charge |
| 244 | Tenn. Comp. R. & Regs. 1140-04-.02 - Personnel |
| 245 | Tenn. Comp. R. & Regs. 1140-04-.04 - Prescription orders |
| 246 | Tenn. Comp. R. & Regs. 1140-11-.01 - Definitions |
| 247 | Tenn. Comp. R. & Regs. 1200-13-13-.01 - Definitions 10.2013-1.2014 |
| 248 | Tenn. Comp. R. & Regs. 1200-13-13-.01 - Definitions 12.2014-3.2015 |
| 249 | Tenn. Comp. R. & Regs. 1200-13-13-.01 - Definitions 6.2016-9.2016 |
| 250 | Tenn. Comp. R. & Regs. 1200-13-13-.01 - Definitions 7.2016-12.2016 (Emergency Regulation) |
| 251 | Tenn. Comp. R. & Regs. 1200-13-13-.01 - Definitions 9.2016-12.2016 |
| 252 | Tenn. Comp. R. & Regs. 1200-13-13-.01 - Definitions 7.2017-10.2017 |
| 253 | Tenn. Comp. R. & Regs. 1200-13-16-.05 - Medical necessity criteria |
| 254 | 42 U.S.C.A. § 1320a-7b - Criminal penalties for acts involving Federal health care programs to 12.2015 |
| 255 | 42 U.S.C.A. § 1320a-7b - Criminal penalties for acts involving Federal health care programs 12.2015-2.2018 |
| 256 | 42 U.S.C.A. § 1320a-7b - Criminal penalties for acts involving Federal health care programs 2.2018-12.2022 |
| 257 | 42 U.S.C.A. § 1395x - Definitions 10.2014-4.2015 |
| 258 | 42 U.S.C.A. § 1395x - Definitions 4.2015-6.2015 |
| 259 | 42 U.S.C.A. § 1395x - Definitions 6.2015-7.2015 |
| 260 | 42 U.S.C.A. § 1395x - Definitions 7.2015-12.2015 |
| 261 | 42 U.S.C.A. § 1395x - Definitions 12.2015-12.2016 |
| 262 | 42 U.S.C.A. § 1395x - Definitions 12.2016-2.2018 |
| 263 | 42 U.S.C.A. § 1395x - Definitions 2.2018-10.2018 |
| 264 | 42 U.S.C.A. § 1395x - Definitions 10.2018-3.2020 |
| 265 | 42 U.S.C.A. § 1395y - Exclusions from coverage and medicare as secondary payer 11.2014-4.2015 |
| 266 | 42 U.S.C.A. § 1395y - Exclusions from coverage and medicare as secondary payer 4.2015-12.2016 |
| 267 | 42 U.S.C.A. § 1395y - Exclusions from coverage and medicare as secondary payer 12.2016-10.2018 |

| 268 | 42 U.S.C.A. § 1395y - Exclusions from coverage and medicare as secondary payer 10.2018-12.2020 | |
|---|---|---|
| 269 | 42 C.F.R. § 411.15 - Particular services excluded from coverage | |
| 270 | 21 C.F.R. § 1306.04 - Purpose of issue of prescription | |
| 271 | 21 C.F.R. § 1306.06 - Persons entitled to fill prescriptions | |
| 272 | 42 C.F.R. § 424.500 - Scope | |
| 273 | 42 C.F.R. § 424.505 - Basic enrollment requirement | |
| 274 | 42 C.F.R. § 424.510 - Requirements for enrolling in the Medicare program | |
| 275 | 42 C.F.R. § 424.516 - Additional provider and supplier requirements for enrolling and maintaining active enrollment status in the Medicare program | |
| 276 | TN Board of Pharmacy Compliance Inspection sheet - 1/8/2008 | Xpress-000047.20 |
| 277 | TN Board of Pharmacy Compliance Inspection sheet - Andrea Miller 3/13/2014 | Xpress-000025.32 |
| 278 | TN Board of Pharmacy Compliance Inspection sheet - Andrea Miller 9/16/2016 | Xpress-000035.024 |
| 279 | TN Board of Pharmacy Compliance Inspection sheet - Terry Grinder 11/7/2017 | Xpress-000036.16 |
| 280 | TN Board of Pharmacy Attachments 3 - 5 to Compliance Inspection 11/7/2017 (Grinder) - copies of prescriptions | Xpress-000040.10 |
| 281 | TN Board of Pharmacy Compliance Inspection sheet - Larry Hill 6/14/2018 | Xpress-000049 |
| 282 | TN Board of Pharmacy 2014000591 - Copy of check to State of TN from Oakley Pharmacy $260.00 for Consent Order | Xpress-000025.15 |
| 283 | TN Board of Pharmacy 2016043831 - Attachment 1 to Investigative Report by Andrea Miller 10/26/2016 | Xpress-000035.013-014 |
| 284 | TN Board of Pharmacy 2016043831 - Attachment 2 to Investigative Report 10/26/2016 | Xpress-000035.023-024 |
| 285 | TN Board of Pharmacy 2016043831 - Attachment 3 to Investigative Report 10/26/2016 | Xpress-000035.033-039 |
| 286 | TN Board of Pharmacy 2016043831 - Attachment 5 to Investigative Report 10/26/2016 | Xpress-000035.044-045 |
| 287 | TN BOP 2016043831 - Attachment 9 to Investigative Report 10/26/2016 | Xpress-000035.069-072 |
| 288 | TN BOP 2016043831 - Attachment 10 to Investigative Report 10/26/2016 | Xpress-000035.074-075 |
| 289 | TN BOP 2016043831 - Attachment 11 to Investigative Report 10/26/2016 | Xpress-000035.083 |
| 290 | TN BOP 2018029391 - Attachment 1 to Investigative Report by Terry Grinder 12/4/2017 | Xpress-000036.15-16 |
| 291 | TN Board of Pharmacy 2018029391 - Attachment 9 to Investigative Report 12/4/2017 | Xpress-000037.005-006 |
| 292 | TN Board of Pharmacy 2018029391 - Attachment 10 to Investigative Report 12/4/2017 | Xpress-000037.007-010 |
| 293 | TN Board of Pharmacy 2018029391 - Attachment 11 to Investigative Report 12/4/2017 | Xpress-000037.011-017 |
| 294 | TN Board of Pharmacy 2018029391 - Attachment 16 to Investigative Report 12/4/2027 | Xpress-000037.026-027 |
| 295 | TN Board of Pharmacy 2018029391 - Attachment 17 to Investigative Report 12/4/2017 | Xpress-000037.028-029 |
| 296 | TN Board of Pharmacy 2018029391 - Attachment 18 to Investigative Report 12/4/2017 | Xpress-000037.030-031 |
| 297 | TN Board of Pharmacy 2018029391 - Attachment 19 to Investigative Report 12/4/2017 | Xpress-000037.032-034 |
| 298 | TN Board of Pharmacy 2018029391 - Attachment 20 to Investigative Report 12/4/2017 | Xpress-000037.035-037 |

| | | |
|---|---|---|
| 299 | TN Board of Pharmacy 2018029391 - Attachment 21 to Investigative Report 12/4/2017 | Xpress-000037.038-040 |
| 300 | TN Board of Pharmacy 2018029391 - Attachment 22 to Investigative Report 12/4/2017 | Xpress-000037.041-043 |
| 301 | TN Board of Pharmacy 2018029391 - Attachment 23 to Investigative Report 12/4/2017 | Xpress-000037.044-046 |
| 302 | TN Board of Pharmacy 2018029391 - Attachment 24 to Investigative Report 12/4/2017 | Xpress-000037.047-051 |
| 303 | TN Board of Pharmacy 2018029391 - Attachment 25 to Investigative Report 12/4/2017 | Xpress-000037.052-054 |
| 304 | TN Board of Pharmacy 2018029391 - Attachment 26 to Investigative Report 12/4/2017 | Xpress-000037.055-057 |
| 305 | TN Board of Pharmacy 2018029391 - Attachment 27 to Investigative Report 12/4/2017 | Xpress-000037.058-061 |
| 306 | TN Board of Pharmacy 2018029391 - Attachment 28 to Investigative Report 12/4/2017 | Xpress-000037.062-082 |
| 307 | TN Board of Pharmacy 2018029391 - Attachment 29 to Investigative Report 12/4/2017 | Xpress-000037.083-102 |
| 308 | TN Board of Pharmacy 2018029391 - Attachment 33 to Investigative Report 12/4/2017 | Xpress-000039.64-65 |
| 309 | TN Board of Pharmacy 201802942 - Attachment 3 to report by Larry Hill 6/14/2018 | Xpress-000049.13-16 |
| 310 | TN Board of Pharmacy 201802942 - Attachment 4 to report by Hill 6/14/2018 | Xpress-000049.17-23 |
| 311 | TN Board of Pharmacy 201802942 - Attachment 6 to report by Hill 6/14/2018 | Xpress-000049.29-30 |
| 312 | TN Board of Pharmacy 201802942 - Attachment 7 to report by Hill 6/14/2018 | Xpress-000049.31-32 |
| 313 | TN Board of Pharmacy 201802942 - Attachment 9 to report by Hill 6/14/2018 | Xpress-000049.35-37 |
| 314 | TN Board of Pharmacy 201802942 - Attachment 10 to report by Hill 6/14/2018 | Xpress-000049.38-39 |
| 315 | TN Board of Pharmacy Attachment 9 to 8/29 & 31/2018 summary report by Grinder | Xpress-000050.174-176 |
| 316 | Dale Hollow Pharmacy Team memo by Wendy Smith 2/13/2017 | S1-0000014675 |
| 317 | List of instructions to staff | S1-0000014683 |
| 318 | Letter to staff with instructions | S1-0000014685 |
| 319 | Certificate of Completion Combating Medicare Parts C and D FWA - Megan Sever 12/5/2016 | S1-0000105989 |
| 320 | Certificate of Completion Combating Medicare Parts C and D FWA - Megan Sever 10/24/2017 | S1-0000105991 |
| 321 | TN Department of Health CSMD registration - John Polston 9/9/2016 | S1-0000105994 |
| 322 | Organizational Structure | S1-0000106332 |
| 323 | Sign regarding filling of scheduled drugs | S1-0000106342 |
| 324 | Plan of Action | S1-0000106638 |
| 325 | Certificate of Completion Combating Medicare Parts C and D FWA - Molly Donaldson 12/5/2016 | S1-0000106790 |
| 326 | Certificate of Completion Combating Medicare Parts C and D FWA - Charles Oakley 12/5/2016 | S1-0000106791 |
| 327 | Certificate of Completion Medicare Parts C and D General Compliance Training - Wanda Marcom 12/5/2016 | S1-0000106794 |
| 328 | Certificate of Completion Combating Medicare Parts C and D FWA - Dorothy Burchett-Forney 12/5/2016 | S1-0000106795 |

| 329 | Certificate of Completion Medicare Parts C and D General Compliance Training - Dorothy Burchett-Forney 12/5/2016 | S1-0000106796 |
|---|---|---|
| 330 | Certificate of Completion Medicare Parts C and D General Compliance Training - Molly Donaldson 12/5/2016 | S1-0000106797 |
| 331 | Certificate of Completion Medicare Parts C and D General Compliance Training - John Polston 11/8/2016 | S1-0000106798 |
| 332 | Certificate of Completion Combating Medicare Parts C and D FWA - Casey Scott 12/5/2016 | S1-0000106799 |
| 333 | Certificate of Completion Medicare Parts C and D General Compliance Training - Casey Scott 12/5/2016 | S1-0000106800 |
| 334 | Certificate of Completion Combating Medicare Parts C and D FWA - Larry Larkin 12/5/2016 | S1-0000106801 |
| 335 | Certificate of Completion Medicare Parts C and D General Compliance Training - Larry Larkin 12/5/2016 | S1-0000106802 |
| 336 | Certificate of Completion Medicare Parts C and D General Compliance Training - Megan Sever 12/5/2016 | S1-0000106804 |
| 337 | Disciplinary Action Report | S1-0000106843 |
| 338 | Compliance Guide - Donaldson Pharmacy, Inc. | S1-0000121026 |
| 339 | DMEPOS Train Directory | S1-0000212077 |
| 340 | Pharmacy Code of Ethics - Donaldson Pharmacy, Inc. | S1-0000212080 |
| 341 | Pharmacy Personnel spreadsheet | S1-0000212081 |
| 342 | DMEPOS Accreditation Prep Program Pre-Survey Checklist - Donaldson Pharmacy, Inc. | S1-0000212082 |
| 343 | DMEPOS Accreditation Policy & Procedures Manual Table of Contents | S1-0000212092 |
| 344 | Anti-Kickback Violation policy - Donaldson Pharmacy, Inc. | S1-0000212111 |
| 345 | Pharmacy Code of Ethics Protocol - Donaldson Pharmacy, Inc. | S1-0000212132 |
| 346 | Rules of the TN Board of Pharmacy Chapter 1140-01 Introductory Rules | S1-0000213029 |
| 347 | Rules of the TN Board of Pharmacy Chapter 1140-03 Standards of Practice | S1-0000213047 |
| 348 | MLN Medicare Fraud & Abuse Prevention, Detection, and Reporting Fact Sheet | S1-0000321806 |
| 349 | APSC Fraud, Waste, & Abuse Policy and Procedure Manual | S1-0000321814 |
| 350 | Anti-Kickback Violations | S1-0000321827 |
| 351 | Fraud, Waste and Abuse Compliance Policy | S1-0000321853 |
| 352 | 42 USC 1320a-7b - Criminal Penalties for acts involving Federal health care programs | S1-0000321887 |
| 353 | Prescription Drug Benefit Manual Chapter 9 - Compliance Program Guidelines and Medicare Managed Care Manual | S1-0000321916 |
| 354 | Centers for Medicare and Medicaid Services Prescription Drug Benefit Manual Chapter 9 - part D program to control FWA | S1-0000322053 |
| 355 | Improving Medication Safety In Community Pharmacy: Assessing Risk and Opportunities for Change | S1-0000323472 |
| 356 | Summary chart - chart of control number, filepath, and custodian | |
| 357 | Spreadsheet re Subutex prescriptions | S2-0000011602 |
| 358 | Dosing Guide - For Optimal Management of Opioid Dependence | S2-0000043285 |
| 359 | 10/14/2016 Letter to physicians from Michael Griffith regarding Subutex prescribing | S2-0000085904 |
| 360 | List of providers | S2-0000085976 |
| 361 | "Advertising Numbers" document with provider names and phone numbers | S2-0000085978 |
| 362 | PAAS National FWA Compliance Program - Policy & Procedure Manual Oct 2013-Oct 2014 | S2-0000146272 |
| 363 | Email to/from Michael Griffith with attached Subutex-Suboxone-Bunavail Advertisement | S2-0000217147 |

| | | |
|---|---|---|
| 364 | 7/21/2016 Letter to Larry Larkin from Michael Griffith re early refills | S2-0000227889 |
| 365 | Certificate of Completion Avoiding Medicare Fraud and Abuse: A Roadmap for Physicians - Michael Griffith 8/1/2016 | S2-0000228239 |
| 366 | Email to/from Tom Weir with attached Board of Pharmacy Compliance Inspections | S2-0000231049 |
| 367 | Email to Tom Weir from Cathy Cordy re Second Monitoring Report | S2-0000231367 |
| 368 | Email to Michael Griffith from Kim Stumpf re Amerisource Bergen questionnaire | S2-0000232857 |
| 369 | Email to Kim Stump from Michael Griffith re buprenorphine dispensing (cc'ing Spivey and Weir) | S2-0000232864 |
| 370 | BOP Compliance Inspection sheets for 3/13/2014 and 9/30/2014 | S2-0000241918 |
| 371 | 6/5/2013 Email to Pam Spivey from James Dougherty (HD Smith) re guidance for a corrective action plan | S2-0000241994 |
| 372 | 6/17/2023 Email to Pam Spivey from James Dougherty (HD Smith) re decreasing cash payment percentages | S2-0000242051 |
| 373 | 5/1/2015 Email to Steve (CCX) from Norma Ehrhart (HD Smith) re late payments | S2-0000242132 |
| 374 | 6/14/2013 Email to Pam Spivey from James Dougherty (HD Smith) re Pharmacy Action Plan 6/14/2013 | S2-0000242246 |
| 375 | 5/1/2015 Email to Pam Spivey from Jon Staschiak (Rite Aid) re pharmacy acquisition | S2-0000242253 |
| 376 | Clay County Express Pharmacy Corrective Action Plan for Controlled Medication Prescriptions | S2-0000242412 |
| 377 | Preferred IPA of CA Medicare Fraud, Waste, and Abuse Training/General Compliance Training/HIPAA Compliance Training 2014-2015 | S2-0000246239 |
| 378 | CMS Medicare Parts C & D Fraud, Waste, and Abuse Training and General Compliance Training February 2013 | S2-0000246468 |
| 379 | MLN Fraud & Abuse Products | S2-0000246694 |
| 380 | CMS Medicare Parts C & D Fraud, Waste, and Abuse Training and General Compliance Training February 2013 | S2-0000146697 |
| 381 | Rules of TN Board of Pharmacy Chapter 1140-11 Controlled Substance Monitoring Database | S2-0000247214 |
| 382 | Rules of TN Board of Pharmacy Chapter 1140-01 Introductory Rules | S2-0000247238 |
| 383 | Rules of TN Board of Pharmacy Chapter 1140-02 Professional Conduct and Responsibilities | S2-0000247268 |
| 384 | Rules of TN Board of Pharmacy Chapter 1140-03 Standards of Practice | S2-0000247273 |
| 385 | Anti-Kickback Violation - Clay County Xpress Pharmacy 11/20/2015 | S2-0000247519 |
| 386 | PAAS National Fraud, Waste, and Abuse Compliance/HIPAA Program | S2-0000248077 |
| 387 | Certificate of Completion (Prime Therapeutics LLC) General Compliance Training - Pam Spivey 10/9/2015 | S2-0000248351 |
| 388 | Certificate of Completion (Prime Therapeutics LLC) Fraud, Waste, and Abuse Training - Patricia Crabtree 10/9/2015 | S2-0000248354 |
| 389 | Certificate of Completion (Prime Therapeutics LLC) General Compliance Training - Patricia Crabtree 10/9/2015 | S2-0000248355 |
| 390 | Certificate of Completion (Prime Therapeutics LLC) Fraud, Waste, and Abuse Training - Larry Larkin 10/17/2015 | S2-0000248356 |
| 391 | Certificate of Completion (Prime Therapeutics LLC) General Compliance Training - Larry Larkin 10/17/2015 | S2-0000248357 |
| 392 | Certificate of Completion (Prime Therapeutics LLC) Fraud, Waste, and Abuse Training - Pam Spivey 10/9/2015 | S2-0000248358 |
| 393 | Consent Order for Reinstatement - Michael Griffith 4/11/2012 | S2-0000248527 |
| 394 | PAAS National Fraud, Waste, and Abuse Compliance Program - Program Guide Oct 2013-Oct 31, 2014 | S2-0000248637 |

| 395 | Pharmacy Attestation of Completed CMS Required Trainings 2/8/2016 | S2-0000248926 |
|---|---|---|
| 396 | Preferred IPA of CA Medicare Fraud, Waste, and Abuse Training/General Compliance Training/HIPAA Compliance Training 2014-2015 | S2-0000360591 |
| 397 | Flyer referencing Subutex and Suboxone prices | S2-0000361584 |
| 398 | Flyer referencing Suboxone Films | S2-0000361585 |
| 399 | Rules of TN Board of Pharmacy Chapter 1140-05 Continuing Education | S2-0000361594 |
| 400 | Rules of TN Board of Pharmacy Chapter 1140-11 Controlled Substance Monitoring Database | S2-0000361596 |
| 401 | Rules of TN Board of Pharmacy Chapter 1140-01 Introductory Rules | S2-0000361620 |
| 402 | Rules of TN Board of Pharmacy Chapter 1140-02 Professional Conduct and Responsibilities | S2-0000361650 |
| 403 | Rules of TN Board of Pharmacy Chapter 1140-03 Standards of Practice | S2-0000361655 |
| 404 | Anti-Kickback Violation - Clay County Xpress Pharmacy 11/20/2015 | S2-0000362297 |
| 405 | Agreed Order - Oakley Pharmacy - handwritten notes by Weir | S2-0000362305 |
| 406 | DEA Memorandum of Agreement | S2-0000362315 |
| 407 | Consent Order - Griffith 11/27/2011 | S2-0000362329 |
| 408 | TN Board of Pharmacy verification letter regarding history of disciplinary action on license for Michael Griffith 6/18/2018 | S2-0000362332 |
| 409 | Consent Order for Reinstatement - Michael Griffith 4/11/2012 | S2-0000362333 |
| 410 | TN Board of Pharmacy Compliance Inspection sheet 7/24/2017 (Larry Hill) | S2-0000362340 |
| 411 | Article: Expanding the Pharmacist's Role in Preventing Opioid Abuse: Understanding Abuse-deterrent Formulations and Identifying Risks | S2-0000399637 |
| 412 | Email to Michael Griffith re completion of 2017 Annual General Compliance and Fraud, Waste, and Abuse Attestation (CVS Caremark) | S2-0000400101 |
| 413 | Suboxone and Subutex chart | S2-0000403611 |
| 414 | Letter from Michael Griffith regarding Buprenorphine 6/29/2018 | S2-0000403614 |
| 415 | Monthly dispensing chart | S2-0000403644 |
| 416 | Suboxone and Subutex chart | S2-0000403645 |
| 417 | Certificate (PRS) Combating Med. Part C & D Fraud, Waste, and Abuse - Michael Griffith 4/8/2017 | S2-0000403664 |
| 418 | Certificate (PRS) Combating Med. Part C & D Fraud, Waste, and Abuse - Pam Spivey 4/8/2017 | S2-0000403667 |
| 419 | Certificate (PRS) Combating Med. Part C & D Fraud, Waste, and Abuse - Wendy Smith 4/8/2017 | S2-0000403676 |
| 420 | Certificate (PRS) MLN Med. Part C & D General Compliance Training - Wendy Smith 4/8/2017 | S2-0000403677 |
| 421 | Certificate (PRS) MLN Med. Part C & D General Compliance Training - Michael Griffith 4/8/2017 | S2-0000403687 |
| 422 | CPE Monitor Statement - Opioids: Addiction, Overdose Prevention, and Patient Education - Griffith 8/13/2016 | S2-0000403692 |
| 423 | CPE Monitor Statement - Regulatory and Controlled Substance Update - Griffith 2/18/2017 | S2-0000403701 |
| 424 | CPE Monitor Statement - Professional, Legislative and Legal Update - Griffith 2/18/2017 | S2-0000403702 |
| 425 | Summary chart - chart of control number, filepath, and custodian | |
| 426 | Prescriptions – J.A. (physical exhibit) | |
| 427 | Prescriptions – J.B. (physical exhibit) | |
| 428 | Prescriptions – K.C. (physical exhibit) | |
| 429 | Prescriptions – K.H. (physical exhibit) | |
| 430 | Prescriptions – J.L. (physical exhibit) | |
| 431 | Prescriptions – J.L. (physical exhibit) | |

| | | |
|---|---|---|
| 432 | Prescriptions – P.P. (physical exhibit) | |
| 433 | Prescriptions – J.S. (physical exhibit) | |
| 434 | Prescriptions – B.S. (physical exhibit) | |
| 435 | Prescriptions – R.T. (physical exhibit) | |
| 436 | Prescriptions – M.W. (physical exhibit) | |
| 437 | Prescription - Count 3 – K.C.; 11/22/2016; Oxycodone | |
| 438 | Prescription - Count 4 – P.P.; 2/2/2017; Oxycodone | |
| 439 | Prescription - Count 5 – J.B.; 5/3/2018; Oxycodone | |
| 440 | Prescription - Count 6 – J.B.; 5/3/2018; Morphine Sulfate | |
| 441-499 | INTENTIONALLY LEFT BLANK | |
| 500 | Medicare Part D data - Xpress Pharmacy (DISC) | US-002844 |
| 501 | Medicare Part D data - Dale Hollow Pharmacy (DISC) | US-002845 |
| 502 | Business record certification - Medicare Part D data | US-002817 |
| 503 | Medicare Part D data - peer comparison (DISC - 12 files) [ID ONLY] | US-003642 |
| 504 | Medicare Part D data – J.T. (DISC) | USAO-JP-005160 |
| 505 | Summary Chart - Xpress Pharmacy Part D PDE Record Summary | |
| 506 | Summary Chart - Dale Hollow Pharmacy Part D PDE Record Summary | |
| 507 | Summary Chart - Xpress Pharmacy Total Paid and PDE Volume Line | |
| 508 | Summary Chart - Dale Hollow Pharmacy Total Paid and PDE Volume Line | |
| 509 | Summary Chart - Beneficiary Indictment Count 4 Clay County Xpress | |
| 510 | Summary Chart - Beneficiary Indictment Counts 5 and 6 Dale Hollow | |
| 511 | Summary Chart - Xpress Pharmacy CII CIV Opioid Beneficiaries Pie Chart | |
| 512 | Summary Chart - Dale Hollow Pharmacy CII CIV Opioid Beneficiaries Pie Chart | |
| 513 | Summary Chart - Xpress Pharmacy Mysoline PDE bene | |
| 514 | Summary Chart - Dale Hollow Pharmacy Mysoline PDE bene | |
| 515 | Summary Chart - Xpress Pharmacy Top Ten Drugs Dispensed by PDE Volume | |
| 516 | Summary Chart - Dale Hollow Pharmacy Top Ten Drugs Dispensed by PDE Volume | |
| 517 | Summary Chart - Xpress Pharmacy Top Ten CSII CSIV Drugs Dispensed by PDE Volume | |
| 518 | Summary Chart - Dale Hollow Pharmacy Top Ten CSII CSIV Drugs Dispensed by PDE Volume | |
| 519 | Summary Chart - Xpress Pharmacy peer comparison Buprenorphine 8mg nationwide | |
| 520 | Summary Chart - Xpress Pharmacy peer comparison Buprenorphine 8mg TN | |
| 521 | Summary Chart - Xpress Pharmacy peer comparison Buprenorphine 8mg rural TN | |
| 522 | Summary Chart - Xpress Pharmacy peer comparison Buprenorphine all strengths nationwide | |
| 523 | Summary Chart - Xpress Pharmacy peer comparison Buprenorphine all strengths TN | |
| 524 | Summary Chart - Xpress Pharmacy peer comparison Buprenorphine all strengths rural TN | |
| 525 | Summary Chart - Dale Hollow Pharmacy peer comparison Buprenorphine 8mg nationwide | |
| 526 | Summary Chart - Dale Hollow Pharmacy peer comparison Buprenorphine 8mg TN | |

| 527 | Summary Chart - Dale Hollow Pharmacy peer comparison Buprenorphine 8mg rural TN | |
|---|---|---|
| 528 | Summary Chart - Dale Hollow Pharmacy peer comparison Buprenorphine all strengths nationwide | |
| 529 | Summary Chart - Dale Hollow Pharmacy peer comparison Buprenorphine all strengths TN | |
| 530 | Summary Chart - Dale Hollow Pharmacy peer comparison Buprenorphine all strengths rural TN | |
| 531 | TennCare data - Clay County Xpress Pharmacy (DISC - 2 files) | US-003079-3080 |
| 532 | TennCare data - Dale Hollow Pharmacy (DISC - 2 files) | US-003092-3093 |
| 533 | Business record certification - TennCare data | US-003140 |
| 534 | Summary Chart - Xpress Pharmacy Claim Line Records | |
| 535 | Summary Chart - Xpress Pharmacy Total Billed and Claim Line Volume | |
| 536 | Summary Chart - Xpress Pharmacy Patient One Summary of Claim Records | |
| 537 | Summary Chart - Xpress Pharmacy Top Ten Drugs by Claim Line Volume | |
| 538 | Summary Chart - Xpress Pharmacy Schedule II and IV Top Ten Drugs by Claim Line Volume | |
| 539 | Summary Chart - Dale Hollow Pharmacy Claim Line Records | |
| 540 | Summary Chart - Dale Hollow Pharmacy Total Billed and Claim Line Volume | |
| 541 | Summary Chart - Dale Hollow Pharmacy Top Ten Drugs by Claim Line Volume | |
| 542 | Summary Chart - Dale Hollow Pharmacy Schedule II and IV Top Ten Drugs by Claim Line Volume | |
| 543 | Summary Chart - Dale Hollow Pharmacy and Xpress Pharmacy Total Claim Line Volume | |
| 544 | Summary Chart - Dale Hollow Pharmacy and Xpress Pharmacy Total Billed and Claim Line Volume | |
| 545 | CSMD Data - five patients (DISC – 5 files) | US-002851, 2875, 2885, 2902, 2926 |
| 546 | CSMD Data - Xpress Pharmacy (DISC) | US-002945 |
| 547 | CSMD Data - Dale Hollow Health Mart (DISC) | US-002946 |
| 548 | J.B. - PatientRX History Report | US-002852 |
| 549 | K.C. - PatientRX History Report | US-002876 |
| 550 | P.P. - PatientRX History Report | US-002886 |
| 551 | B.S. - PatientRX History Report | US-002903 |
| 552 | R.T. - PatientRX History Report | US-002927 |
| 553 | Business record certification - CSMD | US-002850 |
| 554 | Summary chart - Dale Hollow Pharmacy Suboxone v Subutex quantity per month | |
| 555 | Summary chart - Xpress Pharmacy Suboxone v Subutex quantity per month | |
| 556 | Summary chart - Dale Hollow Pharmacy Suboxone v Subutex prescriptions per month | |
| 557 | Summary chart - Xpress Pharmacy Suboxone v Subutex prescriptions per month | |
| 558 | Summary chart - Dale Hollow Pharmacy CII and CIV quantity per month | |
| 559 | Summary chart - Xpress Pharmacy CII and CIV quantity per month | |
| 560 | Summary chart - Dale Hollow Pharmacy and Xpress Pharmacy CII quantity per month | |
| 561 | Summary chart - Dale Hollow Pharmacy and Xpress Pharmacy Subutex quantity per month | |

| | | |
|---|---|---|
| 562 | Summary chart - Dale Hollow Pharmacy and Xpress Pharmacy Subutex quantity per month (combined) | |
| 563 | Summary chart - Dale Hollow Pharmacy and Xpress Pharmacy combined drug overlap summary | |
| 564 | Summary chart - Dale Hollow Pharmacy Opioid Benzo overlaps with patient totals | |
| 565 | Summary chart - Dale Hollow Pharmacy Opioid Benzo overlaps with patient totals (no patient names) | |
| 566 | Summary chart - Dale Hollow Pharmacy Opioid Benzo Muscle Relaxant overlaps with patient totals | |
| 567 | Summary chart - Dale Hollow Pharmacy Opioid Benzo Muscle Relaxant overlaps with patient totals (no patient names) | |
| 568 | Summary chart - Xpress Pharmacy Opioid Benzo overlaps with patient totals | |
| 569 | Summary chart - Xpress Pharmacy Opioid Benzo overlaps with patient totals (no patient names) | |
| 570 | Summary chart - Xpress Pharmacy Opioid Benzo Muscle Relaxant overlaps with patient totals | |
| 571 | Summary chart - Xpress Pharmacy Opioid Benzo Muscle Relaxant overlaps with patient totals (no patient names) | |
| 572 | Summary chart - Dale Hollow Pharmacy and Xpress Pharmacy combined opioid benzo overlap with patient totals | |
| 573 | Summary chart - Dale Hollow Pharmacy and Xpress Pharmacy combined opioid benzo overlap with patient totals (no patient names) | |
| 574 | Summary chart - Dale Hollow Pharmacy and Xpress Pharmacy combined opioid benzo muscle relaxant overlap with patient totals | |
| 575 | Summary chart - Dale Hollow Pharmacy and Xpress Pharmacy combined opioid benzo muscle relaxant overlap with patient totals (no patient names) | |
| 576 | DEA ARCOS Data – (DISC - 9 files) [ID ONLY] | US-003641 |
| 577 | Summary chart - TN Map 2018 purchases of Buprenorphine | |
| 578 | Summary chart - TN Map 2017 purchases of Buprenorphine | |
| 579 | Summary chart - TN Map 2016 purchases of Buprenorphine | |
| 580 | Summary chart - TN Map 2015 purchases of Buprenorphine | |
| 581 | Summary chart - TN Map 2014 purchases of Buprenorphine | |
| 582 | Summary chart - 2017-2018 Yearly comparisons of Buprenorphine Products Purchases by Retail Pharmacies | |
| 583 | Summary chart - 2014-2016 Yearly comparisons of Buprenorphine Products Purchases by Retail Pharmacies | |
| 584 | Summary chart - 2017-2018 Yearly comparisons of Buprenorphine Products w//Naloxone Purchases by Retail Pharmacies | |
| 585 | Summary chart - 2014-2016 Yearly comparisons of Buprenorphine Products w//Naloxone Purchases by Retail Pharmacies | |
| 586 | Summary chart - TN Map 2018 purchases of Oxycodone | |
| 587 | Summary chart - TN Map 2017 purchases of Oxycodone | |
| 588 | Summary chart - TN Map 2016 purchases of Oxycodone | |
| 589 | Summary chart - TN Map 2015 purchases of Oxycodone | |
| 590 | Summary chart - TN Map 2014 purchases of Oxycodone | |
| 591 | Summary chart - 2017-2018 Yearly comparisons of Oxycodone Purchases by Retail Pharmacies | |
| 592 | Summary chart - 2014-2016 Yearly comparisons of Oxycodone Purchases by Retail Pharmacies | |
| 593 | Summary chart - 2014-2018 Suppliers of Remaining Oxycodone Drug Strengths – Xpress Pharmacy | |

| | |
|---|---|
| 594 | Summary chart - 2014-2018 Suppliers of Remaining Oxycodone Drug Strengths – Dale Hollow Pharmacy |
| 595 | Summary chart - 2014-2018 Monthly Buprenorphine Sales (excluding Nalaxone) |
| 596 | Summary chart - 2014-2018 Monthly Buprenorphine Sales (excluding Nalaxone) - combined Dale Hollow Pharmacy and Xpress Pharmacy |
| 597 | Summary chart - 2014-2018 Monthly Buprenorphine Sales in Dosage Units (excluding Naloxone) |
| 598 | Summary chart - 2014-2018 Quarterly Buprenorphine Sales (excluding Naloxone) |
| 599 | Summary chart - 2014-2018 Quarterly Buprenorphine Sales (excluding Naloxone) - combined Dale Hollow Pharmacy and Xpress Pharmacy |
| 600 | Summary chart - 2014-2018 Quarterly Buprenorphine Sales in Dosage Units (excluding Naloxone) |
| 601 | Summary chart - 2014-2018 Monthly Buprenorphine Sales (with Nalaxone) |
| 602 | Summary chart - 2014-2018 Monthly Buprenorphine Sales (with Nalaxone) - combined Dale Hollow Pharmacy and Xpress Pharmacy |
| 603 | Summary chart - 2014-2018 Monthly Buprenorphine Sales in Dosage Units (with Naloxone) |
| 604 | Summary chart - 2014-2018 Quarterly Buprenorphine Sales (with Naloxone) |
| 605 | Summary chart - 2014-2018 Quarterly Buprenorphine Sales (with Naloxone) - combined Dale Hollow Pharmacy and Xpress Pharmacy |
| 606 | Summary chart - 2014-2018 Quarterly Buprenorphine Sales in Dosage Units (with Naloxone) |
| 607 | Summary chart - 2014-2018 Monthly Oxycodone Sales |
| 608 | Summary chart - 2014-2018 Monthly Oxycodone Sales - combined Dale Hollow Pharmacy and Xpress Pharmacy |
| 609 | Summary chart - 2014-2018 Monthly Oxycodone Sales in Dosage Units |
| 610 | Summary chart - 2014-2018 Quarterly Oxycodone Sales |
| 611 | Summary chart - 2014-2018 Quarterly Oxycodone Sales - combined Dale Hollow Pharmacy and Xpress Pharmacy |
| 612 | Summary chart - 2014-2018 Quarterly Oxycodone Sales in Dosage Units |
| 613 | DEA Most Commonly Abused Controlled Substances |
| 614 | Bank records - all bank accounts (DISC) |
| 615 | Summary chart - Accounts Reviewed |
| 616 | Summary chart - Flow of Funds |
| 617 | Summary chart - Oakley Pharmacy payments to William Donaldson |
| 618 | Summary chart - Elliott Fiber to William Donaldson 12/28/2016 |
| 619 | Summary chart - Oakley Pharmacy Payment to William Donaldson 3/9/2017 |
| 620 | Summary chart - Payments to Kia Motor Finance for 2015 Kia Soul |
| 621 | Summary chart - Cash Deposits to Tom and Vonda Weir Accounts 2014-2019 |
| 622 | Summary chart - Cash Deposits: Oakley Pharmacy and Tom and Vonda Weir |
| 623 | Summary chart - Payments to Pamela Spivey 1/2015 to 11/2018 |
| 624 | INTENTIONALLY LEFT BLANK |
| 625 | Summary chart - Cash and Insurance Payments to Oakley Pharmacy 4/2014 to 2/2019 |
| 626 | Summary chart - Cash and Insurance Payments to Xpress Pharmacy 1/2015 to 11/2018 |

| | | |
|---|---|---|
| 627 | Summary chart - Cash and Insurance Payments: Xpress Pharmacy | |
| 628 | Summary chart - Cash and Insurance Payments: Xpress Pharmacy 1/2015 to 11/2018 | |
| 629 | Summary chart - Cash and Insurance Payments to Xpress and Oakley Pharmacies 4/2014 to 2/2019 | |
| 630 | Summary chart - Cash and Insurance Payments: Xpress and Oakley Pharmacies | |
| 631 | 11/21/2015 Check to Dale Hollow Pharmacy from William Donaldson for copay $177.00 | |
| 632 | John Polston phone (physical exhibit) [ID ONLY] | |
| 633 | Megan Severe phone (physical exhibit) [ID ONLY] | |
| 634 | William Donaldson phone (physical exhibit) [ID ONLY] | |
| 635 | Michael Griffith phone (physical exhibit) [ID ONLY] | |
| 636 | Device info sheet – William Donaldson phone | |
| 637 | Extraction Report - FB messenger chat Donaldson and Amy Short re food stamp card | |
| 638 | Extraction Report - SMS Donaldson and Polston re Pam | |
| 639 | Extraction Report - IM Donaldson and Amy Short re picking up medicine | |
| 640 | Extraction Report - Notes with names | |
| 641 | Extraction Report - SMS from Donaldson re fill | |
| 642 | Extraction Report - Image of pain clinic search | |
| 643 | Extraction Report - Image of Tom Weir contact | |
| 644 | Extraction Report - Image of messages between Donaldson and C.K. | |
| 645 | Extraction Report - Image of message between Wendy Smith and Donaldson re Tom email address | |
| 646 | Extraction Report - Images of Donaldson's comments on FB | |
| 647 | Device info sheet – John Polston phone | |
| 648 | Extraction Report – V.K. and Polston | |
| 649 | Extraction Report - Donaldson, Weir, and Polston | |
| 650 | Extraction Report - Donaldson, Smith, and Polston | |
| 651 | Extraction Report - Weir, Smith, and Polston | |
| 652 | Extraction Report - Molly Donaldson and Polston | |
| 653 | Extraction Report - Melissa Ross and Polston | |
| 654 | Extraction Report - Smith and Polston | |
| 655 | Extraction Report - Weir and Polston | |
| 656 | Extraction Report - Donaldson and Polston | |
| 657 | Extraction Report - Severe and Polston | |
| 658 | Extraction Report - Missy and Polston | |
| 659 | Extraction Report - Taylor and Polston | |
| 660 | Extraction Report - Smith and Polston SMS | |
| 661 | Image of Subutex and Suboxone count 6/28/2016 | |
| 662 | Image of FB message between patient P.M. and Donaldson re switching pharmacies | |
| 663 | Image of Subutex and Suboxone count 7/11/2016 | |
| 664 | Image of iMessage with Tom Weir re losing customer to Anderson Pharmacy | |
| 665 | Image of poster in pharmacy | |
| 666 | Image of Dale Hollow on day of vandalism by Donaldson | |
| 667 | Image of Dale Hollow on day of vandalism by Donaldson | |

| | | |
|---|---|---|
| 668 | Image of Dale Hollow on day of vandalism by Donaldson | |
| 669 | Device info sheet – Severe phone | |
| 670 | Extraction Report - Johnson and Severe | |
| 671 | Extraction Report –Smith and Severe | |
| 672 | Extraction Report - Severe and Polston | |
| 673 | Device info sheet – Michael Griffith phone | |
| 674 | Image of interior of Xpress Pharmacy | |
| 675 | Image of Carlos the monkey inside of Xpress Pharmacy | |
| 676 | Image of interior of Xpress Pharmacy | |
| 677 | Image of exterior of Xpress Pharmacy | |
| 678 | Image of RX30 screenshot | |
| 679 | Image of RX30 screenshot | |
| 680 | Image of RX30 screenshot | |
| 681 | Image of Buprenorphine/CNS depressants interaction | |
| 682 | Image of receipt showing cash in register 8/4/2017 | |
| 683 | Image of RX30 screenshot | |
| 684 | Image of receipt showing cash in register 12/1/2017 | |
| 685 | Image of RX30 screenshot | |
| 686 | Image of receipt showing cash in register 3/21/2018 | |
| 687 | Image of post-it with written amount $23,417.22 | |
| 688 | Image of RX30 screenshot | |
| 689 | Image of RX30 screenshot | |
| 690 | Image of screenshot Total Ext. Cost $13,992.31 | |
| 691 | Image of post-it with written amount $13,166.99 | |
| 692 | Image of Donaldson, Smith, and Weir in pharmacy | |
| 693 | Image of receipt showing cash in register 7/27/2018 | |
| 694 | Image of Subutex/Suboxone chart with handwritten notes | |
| 695 | Image of Griffith and Spivey New Years 2016 inside Xpress Pharmacy | |
| 696 | Image of exterior Xpress Pharmacy | |
| 697 | Image of Smith and Weir in pharmacy | |
| 698 | Image of B.M. carrying Carlos the monkey inside Xpress Pharmacy | |
| 699 | Image of law enforcement outside Xpress Pharmacy | |
| 700 | Image of interior Xpress Pharmacy | |
| 701 | Image of Carlos the monkey in Xpress Pharmacy | |
| 702 | Image of law enforcement outside Xpress Pharmacy | |
| 703 | Image of law enforcement outside Xpress Pharmacy | |
| 704 | Image of law enforcement outside Xpress Pharmacy | |
| 705 | Image of Buprenorphine 8mg sublingual tablets bottle | |
| 706 | Image of interior Xpress Pharmacy | |
| 707 | Image of Griffith and Spivey in car | |
| 708 | Image of "Got Subutex" meme | |
| 709 | Image of law enforcement outside Xpress Pharmacy | |
| 710 | Image of Tulip Buck | |
| 711 | Image of Carlos the monkey in Xpress Pharmacy | |
| 712 | Image of interior Xpress Pharmacy - panorama | |
| 713 | Image of law enforcement outside Xpress Pharmacy | |

| | |
|---|---|
| 714 | Image of law enforcement outside Xpress Pharmacy |
| 715 | Image of law enforcement outside Xpress Pharmacy |
| 716 | Image of interior Xpress Pharmacy- medication shelves and Spivey |
| 717 | Image of "RX for 200 Oxycontin" meme |
| 718 | Image of law enforcement outside Xpress Pharmacy |
| 719 | Image of law enforcement outside Xpress Pharmacy |
| 720 | Image of ambulances outside Xpress Pharmacy |
| 721-724 | Intentionally left blank |
| 725 | Summary chart – Dale Hollow Pharmacy and Xpress Pharmacy Number of patients filling multiple opioid products on same fill date |
| 726 | Summary chart – Xpress Pharmacy patients filling multiple opioid products on same day |
| 727 | Summary chart – Dale Hollow Pharmacy patients filling multiple opioid products on same day |
| 728 | Summary chart – B.S. drug combinations & MME |
| 729 | Summary chart – S.C. drug combinations & MME |
| 730 | Summary chart – Xpress Pharmacy patients filling multiple opioid products from two different doctors on same day |
| 731 | Summary chart – Xpress Pharmacy patients filling multiple opioid products from two different doctors on same day (no patient names) |
| 732 | Summary chart – Dale Hollow Pharmacy patients filling multiple opioid products from two different doctors on same day |
| 733 | Summary chart – Dale Hollow Pharmacy patients filling multiple opioid products from two different doctors on same day (no patient names) |
| 734 | Board of Pharmacy Inspection Dale Hollow, 3/13/2014 (physical exhibit) |
| 735 | 2016 AmerisourceBergen statements and account activity, Aug. Sept. and Oct. 2016 (physical exhibit) |
| 736 | Clay Co. Xpress internal memos re leadership committee, organization structure, and PIC, 12/2/2015 (physical exhibit) |
| 737 | CMS 855s Medicare Enrollment Application, 1/6/2016 (physical exhibit) |
| 738 | Magellan Pharmacy Network Provider Agreement, Oakley Pharmacy/Dale Hollow. 12/12/2018 (physical exhibit) |
| 739 | Xpress Pharmacy of Clay Co. Employee Handbook (physical exhibit) |
| 740 | HD Smith Invoice, Clay Co. Express, 10/7/2015 (physical exhibit) |
| 741 | PBA Account Application, Clay Co. Express, 3/31/2015 (physical exhibit) |
| 742 | Kentucky Medicaid enrollment, Clay Co. Express (physical exhibit) |
| 743 | Green folder "Buprenorphine Documentation" from Clay Co. Xpress (physical exhibit) |
| 744 | Tennessee Nonresidential Buprenorphine Treatment Guidelines (physical exhibit) |
| 745 | Dale Hollow/DEA Memorandum of Agreement – original (physical exhibit) |
| 746 | Handwritten list of findings, red ink, 10/14/2016 (physical exhibit) |
| 747 | AmerisourceBergen invoices, Dale Hollow, May, July, and Aug. 2018 (physical exhibit) |
| 748 | Dispensed records on PAAS form, Mar. and April 2015, signed by Polston (physical exhibit) |
| 749 | CII Amerisource Bergen invoices, folders, May, Oct. - Dec. 2017 (physical exhibit) |
| 750 | Delivery Authorization folder, Dale Hollow (physical exhibit) |
| 751 | Patience Value Profile, S.G. 6/22/2015 (physical exhibit) |
| 752 | G.P. prescription with notes, 10/3/2015 (physical exhibit) |
| 753 | List re S.B., G.G., and J.M. in red marker (physical exhibit) |

| 754 | Dispensed records on PAAS form, 2/9, signed by Polston (physical exhibit) | |
| 755 | Records of Bill's deliveries, 10/15/2015 and 10/17/2015 (physical exhibit) | |
| 756 | Dale Hollow Pharmacy newspaper advertisement, Dale Hollow HORIZON, 9/30/2015 (physical exhibit) | |
| 757 | AmerisourceBergen invoices, Dale Hollow, 1/25/2016 and 2/22/2016 (physical exhibit) | |
| 758 | List of medications, released to P. Spivey, 10/5/2015, AmerisourceBergen invoices, Dale Hollow, Dec. 2015 (physical exhibit) | |
| 759 | AmerisourceBergen invoices, Dale Hollow, May and June 2016 (physical exhibit) | |
| 760 | Black Subutex binder 8/30/16 (physical exhibit) | |
| 761 | White Subutex binder, 4/21/16 - 7/20/16, Suboxone films and tabs 4/21/16 - 7/21/16 (physical exhibit) | |
| 762 | White binder, Subutex Partials (physical exhibit) | |
| 763 | White binder, 6/13/17, Sig. Log (physical exhibit) | |
| | | |

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

*/s/ Sarah K. Bogni*
SARAH K. BOGNI
NANI M. GILKERSON
Assistant United States Attorneys
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing United States' Exhibit List was served on October 30, 2023, via the Court's electronic filing system on all defendants in this matter.

s/*Sarah K. Bogni*
SARAH K. BOGNI
Assistant U.S. Attorney