# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 2:21-cr-00008 |
| [1] THOMAS K. WEIR ) | |
| [3] WILLIAM L. DONALDSON ) | Judge Trauger |
| [4] PAMELA SPIVEY ) | |
| ) | |
| ) | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective immediately, Sherrard Roe Voigt & Harbison, PLC, counsel for Plaintiff in the above-captioned action, has relocated its offices to 1600 West End Avenue, Suite 1750, Nashville, Tennessee 37203. The telephone and fax numbers remain the same.

Respectfully submitted,

/s/ *Micah N. Bradley*
Eric G. Osborne (#29719)
Christopher S. Sabis (#030032)
Micah N. Bradley (#38402)
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, TN 37203
Tel. (615) 742-4200 | Fax. (615) 742-4539
eosborne@srvhlaw.com
csabis@srvhlaw.com
mbradley@srvhlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that I filed the foregoing Response through the Court's electronic filing system, which generated notification thereof to Assistant U.S. Attorneys Sarah Bogni and Nani Gilkerson, 719 Church Street, Suite 3300, Nashville, TN 37203, this 30th day of May, 2024.

                                                  */s/ Micah N. Bradley*
                                                  Micah N. Bradley