UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 2:21-cr-8-3

UNITED STATES OF AMERICA
V.

WILLIAM L. DONALDSON

(list each defendant appearing at hearing)

Judge: Trauger
Hearing Date: 9/10/2025
Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville
Court Reporter: Roxann Harkins
Court Interpreter:

# CRIMINAL MINUTES

Government Attorney(s): Sarah Bogni, Zach Hinkle

Defense Attorney(s): Richard Tennent, Micah Bradley, Chris Sabis

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
    (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☒
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Change of Plea hearing held.
Defendant pleds guilty to count 1 & 7 of the Indictment.
Waived reading of the facts.
Plea petition accepted, plea agreement reserved.
Sentencing set Thursday, January 22, 2026 at 1:30 p.m.

Total Time in Court: 20 mins.

Clerk of Court
by: Katheryn Beasley