ATTEST AND CERTIFY
A TRUE COPY
CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
By
Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:21-CR-00008 |
| ) | |
| [1] THOMAS K. WEIR ) | |
| ) | JUDGE TRAUGER |
| [3] WILLIAM L. DONALDSON ) | |
| ) | |
| [4] PAMELA SPIVEY ) | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: United States Marshal, Middle District of Tennessee; and
Morgan County Correctional Complex in Wartburg, Tennessee

The Petition is GRANTED.

YOU ARE HEREBY COMMANDED to bring or cause to be brought the body of RICHARD TAYLOR (DOB: **/**/1980, TDOC #538834), now confined in Morgan County Correctional Complex, 541 Wayne Cotton Morgan Drive, Wartburg, Tennessee, to the United States Courthouse at 9 East Broad St, Cookeville, Tennessee, 38501 on September 16, 2025, to testify at the trial in the above-captioned case.

WITNESS, the Honorable Aleta A. Trauger, United States District Judge, Middle District of Tennessee.

DATED: August 7, 2025

By: _____
ALETA A. TRAUGER
United States Magistrate Judge

**RETURNED UNEXECUTED**
Trial Cancelled

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>[1] THOMAS K. WEIR )<br>)<br>[3] WILLIAM L. DONALDSON )<br>)<br>[4] PAMELA SPIVEY ) | Case No. 2:21-CR-00008<br><br>JUDGE TRAUGER |

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

1. RICHARD TAYLOR **(DOB: \*\*/\*\*/1980, TDOC #538834)** is, in due form and process of law, confined in the custody of Morgan County Correctional Complex in Wartburg, Tennessee.

2. Said individual has been subpoenaed to testify at a federal trial beginning on September 16, 2025, before United States District Judge Aleta A. Trauger in the United States District Court for the Middle District of Tennessee. A Writ of Habeas Corpus Ad Testificandum should issue for that purpose.

DATED: August 7, 2025

*s/ Sarah K. Bogni*
SARAH K. BOGNI
Assistant United States Attorney
Petitioner

ATTEST AND CERTIFY
A TRUE COPY
CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
By *[signature]*
Deputy Clerk